DOA 7-19-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Andres Bagazuma Camacho,<br>a.k.a.: Jesus Andres Bagazuma-Camacho,<br>( A206 447 696)<br>*Defendant* | Case No. 17-8314MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 19, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Andres Bagazuma Camacho, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about February 10, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Ryan Goldstein

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 20, 2017

*Judge's signature*

John Z. Boyle,
City and state: Phoenix, Arizona              United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 19, 2017, while conducting patrol, the Gang and Immigration Intelligence Team Enforcement Mission (GIITEM) encountered Jesus Andres Bagazuma Camacho during a traffic stop at 31st Ave and Culver Street, in Phoenix, Arizona. At the scene, GIITEM officers interviewed Bagazuma Camacho and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Bagazuma Camacho was transported to the Phoenix ICE office for further investigation and processing. Bagazuma Camacho was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Andres Bagazuma Camacho to be a citizen of Mexico and a previously deported criminal alien. Bagazuma Camacho was removed from the United States to Mexico at or near San Ysidro, California, on or

1

about February 10, 2016, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Bagazuma Camacho in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bagazuma Camacho's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jesus Andres Bagazuma Camacho was convicted of Conspiracy to Possess with Intent to Distribute Marijuana, a felony offense, on November 5, 2014, in the United States District Court, District of Arizona. Bagazuma Camacho was sentenced to twenty-four (24) months' imprisonment and three (3) years' supervised release. Bagazuma Camacho's criminal history was matched to him by electronic fingerprint comparison.

5. On July 19, 2017, Jesus Andres Bagazuma Camacho was advised of his constitutional rights. Bagazuma Camacho freely and willingly acknowledged his rights and agreed to provide a statement under oath. Bagazuma Camacho stated that his true and complete name is "Jesus Andres Bagazuma Camacho," and that he is a citizen of Mexico. Bagazuma Camacho did not state where and when he entered into the United States. Bagazuma Camacho further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 19, 2017, Jesus Andres Bagazuma Camacho, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about February 10, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 20th day of July, 2017.

_____
John Z. Boyle,
United States Magistrate Judge

3